MICHAEL N. MILLS (SB #191762)
SHANNON L. MORRISSEY (SB #307144)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Fax: (916) 447-4781
Email: michael.mills@stoel.com

Attorneys for Defendant
GREIF PACKAGING, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, a non-profit corporation, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>v.<br><br>GREIF PACKAGING LLC, a California limited liability company,<br><br>Defendant. | Case No. 1:18-CV-00522-DAD-SKO<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 11) |

**ORDER**

The Court, having considered the parties' "Stipulation to Extend Time to Respond to Initial Complaint" (Doc. 11), and good cause appearing, the Court hereby ORDERS that the deadline for Defendant Greif Packaging LLC to file a responsive pleading to the Complaint SHALL BE EXTENDED from July 3, 2018, until August 17, 2018.

IT IS SO ORDERED.

Dated: **June 21, 2018**                                      /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT

1:8-CV-00522-DAD-SKO

97296939.1 0067539-00001