MICHAEL N. MILLS (SB #191762)
SHANNON L. MORRISSEY (SB #307144)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Fax: (916) 447-4781
Email: michael.mills@stoel.com

Attorneys for Defendant
GREIF PACKAGING, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, a non-profit corporation, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>v.<br><br>GREIF PACKAGING, LLC, a California limited liability company,<br><br>Defendant. | Case No. 1:18-CV-00522-DAD-SKO<br><br>**SECOND ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (FOR SETTLEMENT PURPOSES)**<br><br>**(Doc. 15)** |

**ORDER**

The Court, having considered the "Second Stipulation to Extend Time to Respond to Initial Complaint (For Settlement Purposes)" filed by Defendant Greif Packaging, LLC on behalf of all Parties (Doc. 15), and good cause appearing, the deadline for Defendant Greif Packaging, LLC to file a responsive pleading to the Complaint shall be extended from August 17, 2018, until October 1, 2018.

IT IS SO ORDERED.

Dated: **August 14, 2018**     /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE