Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108,
Oakland, CA 94609
Telephone: (415) 326-3173
Email: amb@atalawgroup.com

*Attorneys for Plaintiffs*
San Joaquin Raptor/Wildlife
Rescue Center and Protect
Our Water

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, a non-profit corporation, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>v.<br><br>GREIF PACKAGING, LLC, a California limited liability company,<br><br>Defendant. | Case No. 18-CV-00522-DAD-SKO<br><br>**REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)**<br><br>**Judge: Hon. Dale A. Drozd**<br><br>**Complaint Filed: April 16, 2018** |

WHEREAS, on September 29, 2018, Plaintiff California Sportfishing protection Alliance ("Plaintiff") and Defendant Covey Auto Express Inc. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on October 1, 2018, the Parties filed a Notice of Settlement attaching as an Exhibit, a Proposed Consent Decree (ECF #18), noting that the Consent Decree is not to be entered by the Court until the completion of a forty-five (45) day review period provided to the United States Department of Justice and the Environmental Protection Agency (the "Agencies") by the Clean Water Act, 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.

WHEREAS, on November 16, 2018, the Agencies filed their Statement of Interest of the United States and Comments on Proposed Consent Decree, in which the Agencies stated

that the United States does not object to the Court's entry of the Consent Decree into judgment (ECF #21); and

WHEREAS, the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree.

THEREFORE, the Parties request the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Request for Entry as "Exhibit A," and enter the Consent Decree as a final judgment.

DATED: November 19, 2018

AQUA TERRA AERIS LAW GROUP LLP

By: /s/ *Anthony Barnes*
Anthony M. Barnes
Attorneys for Plaintiffs
San Joaquin Raptor/Wildlife
Rescue Center and Protect
Our Water