Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108,
Oakland, CA 94609
Telephone: (415) 326-3173
Email: amb@atalawgroup.com

*Attorneys for Plaintiffs*
San Joaquin Raptor/Wildlife
Rescue Center and Protect
Our Water

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, a non-profit corporation, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>v.<br><br>GREIF PACKAGING, LLC, a California limited liability company,<br><br>Defendant. | Case No. 18-CV-00522-DAD-SKO<br><br>**CORRECTED REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)**<br><br>**Judge: Hon. Dale A. Drozd**<br><br>**Complaint Filed: April 16, 2018** |

WHEREAS, on September 29, 2018, Plaintiffs San Joaquin Raptor/Wildlife Rescue Center and Protect Our Water ("Plaintiffs") and Defendant Greif Packaging LLC, ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on October 1, 2018, the Parties filed a Notice of Settlement attaching as an Exhibit, a Proposed Consent Decree (ECF #18), noting that the Consent Decree is not to be entered by the Court until the completion of a forty-five (45) day review period provided to the United States Department of Justice and the Environmental Protection Agency (the "Agencies") by the Clean Water Act, 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.

1       WHEREAS, on November 16, 2018, the Agencies filed their Statement of Interest

2 of the United States and Comments on Proposed Consent Decree, in which the Agencies stated

3 that the United States does not object to the Court's entry of the Consent Decree into judgment

4 (ECF #21); and

5       WHEREAS, the Agencies have indicated that they have no objection to entry, the

6 Court may now enter the [Proposed] Consent Decree.

7       THEREFORE, the Parties request the Court sign the [Proposed] Consent Decree, a

8 true and correct copy of which is attached to this Request for Entry as "Exhibit A," and enter the

9 Consent Decree as a final judgment.

10

11  DATED: November 19, 2018

12                                                           AQUA TERRA AERIS LAW GROUP LLP

13

14                                                           By:  /s/ *Anthony Barnes*

15                                                            Anthony M. Barnes
Attorneys for Plaintiffs

16                                                            San Joaquin Raptor/Wildlife
Rescue Center and Protect

17                                                            Our Water

18

19

20

21

22

23

24

25

26

27

28